■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS MARRERO, Appellant.— Judgment rendered December 13, 1962, convicting defendant of the crime of feloniously selling narcotic drugs, two counts, and of unlawful possession of a narcotic drug, one count, unanimously affirmed. We note especially that the facts of this case do not support the principal point made by defendant on this appeal. On cross-examination of Officer Schiano defendant's counsel asked: "Isn't it a fact that you saw those tattoos for the first time when you looked through the window at the station house?" To counter this suggestion of recent fabrication it was proper for the People to introduce the records, made by the officer immediately following his purchase of the narcotics from the defendant, containing a description of defendant's tattoo marks. Moreover, the tenor of defendant's cross-examination of the officer with reference to defendant's lameness was that the officer did not sufficiently identify defendant at the time of the purchase, and that his identification in court must have been the result of a recent fabrication. Evidence showing a prior consistent general identification was, therefore, admissible. (*People* v. *Coffey,* 13 A D 2d 410, 411, affd. as to this point 11 N Y 2d 142, 145–146.) Concur — Botein, P. J., Breitel, Valente, Eager and Witmer, JJ.